## ATTACHMENT A-1

The property to be searched is **Target Device 1**: An Apple iPhone 7 without a case, seized incident to the arrest of GAMALIER RAMOS on May 17, 2021. The device is currently located at the DEA Task Force, Bridgeport Resident Agency.

# ATTACHMENT B

All records on the Target Devices described in Attachments A-1 and A-2 that relate to violations Title 21, United States Code, Section 846 (Attempt/Conspiracy to Possess With Intent to Distribute Controlled Substances), and Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and 841 (b)(1)(C) (Possession With Intent to Distribute Controlled Substances). from April 1, 2021 to the present, including:

1. Lists of controlled substance customers, sources, co-conspirators, and/or associates and related identifying information;

2. Types, amounts, and prices of controlled substances trafficked as well as dates, places, and amounts of specific transactions;

3. Any and all information related to sources of controlled substances (including names, addresses, phone numbers, or any other identifying information);

4. Any and all bank records, checks, credit card bills, account information, and other financial records;

5. Any and all communications, including but not limited to call logs, text messages, emails, messaging over social media apps, concerning the procurement, distribution, transportation, and storage of and/or payment for controlled substances.

6. The telephone number, ESN number, IMEI number, other identifying number, serial number, and SIM card number of the Target Devices;

7. All records which tend to demonstrate ownership and use of the Target Devices, and identification bearing the name or photograph of any person, telephone books, address books, date books, calendars, personal files, and photographs of persons contained in the Target Devices;

8. Descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to, the above-described crimes;

9. GPS coordinates, waypoints, destinations, addresses, and location search parameters associated with GPS navigation software;

10. Saved searches, locations, and route history in the memory of the Target Devices;

11. Internet browsing history, to include, internet searches in the memory of the Target Devices; and

12. Images and videos in the memory of the Target Device