**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:21-cr-91 (JCH) |
| | : | |
| v. | : | |
| | : | |
| GAMALIER RAMOS | : | November 26, 2021 |

## GOVERNMENT'S MOTION TO DISMISS

In preparing for trial, the Government determined that it could not meet its discovery obligations without compromising the integrity of ongoing sensitive investigations and the safety of a cooperating source. In light of the totality of the circumstances unique to this case, the Government does not believe it would be in the broader interests of justice to proceed to trial.

Accordingly, the Government moves to dismiss the indictment with prejudice.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s/ Nathaniel J. Gentile*
NATHANIEL J. GENTILE
Federal Bar No. CT28860
ANTHONY KAPLAN
ASSISTANT UNITED STATES ATTORNEYS
157 Church St., 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
nathaniel.gentile@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date above, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Noticeof this filing will be sent by e-mail to all parties by operation of the court's electronicfiling system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                                    */s Nathaniel J. Gentile*
                                                    NATHANIEL J. GENTILE
                                                    ASSISTANT UNITED STATES ATTORNEY